428 A.2d 234

Schnabel etc. et al., v. Lionel Leisure, Inc. et al.

Appeal of Kent International.

* Judge Donald E. Wieand is sitting by special designation.

▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Submitted December 6, 1979. Francis Recchuiti, for Kent International, appellant; Edward Stock, for Schnabel, appellee; Joseph Thompson, for Lionel Leisure, Inc. et al., appellees; Hugh O'Neill, for Shimano American Corporation, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order affirmed.